```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 13851
   GILBERT THOMAS MAYON III
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
            Debtor
   SSN XXX-XX-1102


-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/01/07 .

   2.  The case was dismissed without confirmation, 12/07/2007.

   3.  The Debtor paid a total of $   1600.00 .

   4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                           PAID            PAID
-----------------------------------------------------------------------
US BANK NATIONAL ASSOCIA  CURRENT MORTG          .00            .00              .00
US BANK NATIONAL ASSOCIA  MORTGAGE ARRE    NOT FILED            .00              .00
CITY OF NAPERVILLE        UNSECURED        NOT FILED            .00              .00
COMCAST                   UNSECURED        NOT FILED            .00              .00
DUPAGE COUNTY             UNSECURED        NOT FILED            .00              .00
ENTERPRISE RENT A CAR     UNSECURED        NOT FILED            .00              .00
FIRST PREMIER BANK        UNSECURED        NOT FILED            .00              .00
FINANCIAL CONTROL SYSTEM  UNSECURED        NOT FILED            .00              .00
CREDIT MANAGEMENT CONTRO  UNSECURED        NOT FILED            .00              .00
PROFESSIONAL PLACEMENT S  UNSECURED        NOT FILED            .00              .00
NET FIRST NATL BANK       UNSECURED        NOT FILED            .00              .00
NICOR GAS                 UNSECURED        NOT FILED            .00              .00
PLAINS COMMERCE BANK      UNSECURED        NOT FILED            .00              .00
OSI COLLECTION SERVICES   UNSECURED        NOT FILED            .00              .00
OSI COLLECTION SERVICES   UNSECURED        NOT FILED            .00              .00
AMERICOLLECT INC          UNSECURED        NOT FILED            .00              .00
US DEPT OF EDUCATION      UNSECURED             .00             .00              .00
WILL COUNTY TREASURER     SECURED               .00             .00           114.00
          Summary of disbursements:

                        SECURED     PRIORITY   UNSECURED      OTHER          TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED          .00          .00         .00        .00             .00
PRINCIPAL PAID           114.00          .00         .00        .00          114.00
INTEREST PAID               .00          .00         .00        .00             .00
TOTAL PAID               114.00          .00         .00        .00          114.00
The Debtor's attorney, MELVIN J KAPLAN            , was allowed $   3500.00
and was paid $   1414.00 .

The Trustee received $      72.00 .
```

Refunds to the Debtor totaled $         .00 .

 Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/11/08        /S/
              GLENN STEARNS
              CHAPTER 13 TRUSTEE